Disposition of Petitions for Discretionary Review Under G.S. 7A-31

15 December 2015

| 050P00-3 | State v. Albert Lee Stevenson, Jr. | 1. Def's *Pro Se* Motion for Temporary Stay | 1. Denied **12/11/2015** |
| | | 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-610) | 2. Denied **12/11/2015** |
| | | 3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 3. Allowed **12/11/2015** |
| 056PA14-2 | Kirby, et al. v. N.C. Department of Transportation | 1. Motion to Admit Mark Miller *Pro Hac Vice* | 1. Allowed |
| | | 2. Pacific Legal Foundation and Center for Law and Freedom's Motion for Leave to File *Amicus* Brief | 2. Allowed |
| 084P15-3 | State v. Curtis Louis Sangster | 1. Def's *Pro Se* Petition for *Writ of Mandamus* | 1. |
| | | 2. Def's *Pro Se* Petition for *Writ of Mandamus* | 2. |
| | | 3. Def's *Pro Se* Petition for *Writ of Mandamus* | 3. Denied **11/25/2015** |
| 119PA15 | In the Matter of N.T. | Guardian *ad Litem*'s Motion to Substitute Counsel | Allowed **12/02/2015** |
| 123A13 | Vincent Burley, Employee v. U.S. Foods, Inc., Employer, and Indemnity Insurance Company of North America, Carrier (with Gallagher Bassett Services, Inc., Third-Party Administrator) | Plt's Petition for Rehearing Under N.C. R. App. 31 | Denied **11/12/2015** |
| 172P15-4 | State v. Mohammed Nadder Jilani | 1. Def's *Pro Se* Petition for *Writ of Mandamus* | 1. Dismissed **11/25/2015** |
| | | 2. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 2. Denied **11/25/2015** |
| 207PA14-2 | State v. Curtis Mario Benton | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA13-1204-2) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |